# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 1:17-cv-00413-TM-B |
| RUSSELL G. JUDKINS, *et al.*, | : |
| Defendants. | : |

## **JUDGMENT**

In accordance with this Court's Order finding that all of the defendants are liable to Plaintiff for violation of the Alabama Uniform Fraudulent Transfer Act, ALA. CODE § 8-9A-4, it is hereby **ORDERED** as follows:

1. Defendant Highway 59, LLC, shall transfer the subject asset – *i.e.*, Defendant Russell Judkins's former interest in the subject real property that was transferred to, and that is, now, held, by Defendant Highway 59, LLC – to Plaintiff by Quitclaim Deed within 30 days of this Order;

2. An additional monetary award of $300,000.00 is entered in favor of Plaintiff and against all Defendants as "other relief the circumstances may require," or as punitive damages, pursuant to Code of Alabama, 1975, § 8-9A-7(a)(3)(c).

3. Plaintiff will be awarded costs and attorney's fees reasonably incurred in connection with this case from Defendants, and Plaintiff shall submit evidence of its reasonable attorney's fees within thirty (30) days of this Order.

**DONE** and **ORDERED** this the 5th day of November 2018.

  s/TERRY F. MOORER
**UNITED STATES DISTRICT JUDGE**